# United States District Court
## for the
## Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   James Monroe Washington                    Case Number:   3:98CR00018-003

Name of Sentencing Judicial Officer:   Joseph R. Goodwin

Date of Original Sentence:   February 16, 1999

Original Offense:   21 U.S.C. § 841(a)(1), Distribution of Cocaine Base

Original Sentence:   One hundred five months' imprisonment, followed by a thirty-six month term of supervised release

Type of Supervision:   Supervised Release     Date Supervision Commenced:   August 1, 2005

Asst. U.S. Attorney:   Ray M. Shepherd     Defense Attorney:   David R. Bungard

**FILED FEB - 1 2006 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia**

## PETITIONING THE COURT

[]  To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of standard condition number 5: You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons:** |
|  | The offender has not been employed since November of 2005. On January 11, 2006, this officer met with the offender at which time he acknowledged not working or attempting to secure employment since November 2005. |
| 2. | **Violation of standard condition number 6: You shall notify the probation officer ten days prior to a change of residence or employment:** |
|  | Mr. Washington quit his employment and moved without notifying the probation officer. On January 11, 2006, the probation officer met with the offender and he admitted to moving from Charleston, West Virginia to Huntington, West Virginia. The offender advised the probation officer he has resided in Huntington for approximately a month. |

Prob 12C -2- Petition for Warrant or Summons
Re: James Monroe Washington for Offender Under Supervision
Docket No. 3:98CR00018-003

3. **<u>Violation of standard condition number 9: You shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer:</u>**

On January 11, 2006, the probation officer met with the offender at which time he advised that he resides with Tashima Johnson and has done so for approximately four weeks. This officer also observed the offender with this individual on December 5, 2005. Ms. Johnson is a convicted felon, having been convicted in United States District Court for the Southern District of West Virginia for a drug offense and the offender is well aware of her status as a felon. The offender did not ask nor receive permission to associate with this individual.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by _(signature)_
Keith E. Zutaut
Senior U. S. Probation Officer
Date: January 23, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

**ENTERED**
FEB - 1 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

_(signature)_
Signature of Judicial Officer

2/1/06
Date